telephone (562) 437-4499
toll-free (877) tox-tort
telecopier (562) 436-1561
www.toxictorts.com

1  METZGER LAW GROUP, APLC
   RAPHAEL METZGER, ESQ., SBN 116020
2  rmetzger@toxictorts.com
   SCOTT P. BRUST, ESQ., SBN 215951
3  sbrust@toxictorts.com
   555 E. OCEAN BLVD., SUITE 800
4  LONG BEACH, CA 90802
   Phone: (562) 437-4499; Fax (562) 436-1561
5
6  Attorneys for Plaintiffs, ISMAEL PEDRO CALDERON
   RODRIGUEZ, ELEODORO CALIXTO RODRIGUEZ,
   OTONIEL RAMIREZ ESCOBAR, MARIO SANCHEZ CANO,
7  and ROGEIRO TORRES, and on behalf of all others similarly situated

8                     **UNITED STATES DISTRICT COURT**

9                     **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISMAEL PEDRO CALDERON RODRIGUEZ, ELEODORO CALIXTO RODRIGUEZ, OTONIEL RAMIREZ ESCOBAR, MARIO SANCHEZ CANO, and ROGEIRO TORRES, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ARCHITECTURAL SURFACES GROUP, LLC, a Delaware limited liability company; ARIZONA TILE, L.L.C., an Arizona limited liability company; C & C NORTH AMERICA, INC., a Delaware corporation; CAESARSTONE USA, INC., a California corporation; CAMBRIA COMPANY LLC, a Minnesota limited liability company; DAL-TILE DISTRIBUTION, LLC, a Delaware limited liability company; DAL-TILE, LLC, a Delaware limited liability company; DAL-TILE TENNESSEE, LLC, is a Delaware limited liability company; ELITE QUARTZ MFG LLC, a Delaware limited liability company; HYUNDAI L&C USA, INC., a Delaware limited liability company; LX HAUSYS AMERICA, INC., a New Jersey corporation; M S INTERNATIONAL, INC., a Delaware corporation; PARAGON INDUSTRIES, INC., a California corporation; SURFACE WAREHOUSE, L.P., a Texas limited partnership.<br><br>Defendants. | CASE NO.<br><br>**CLASS ACTION**<br><br>**COMPLAINT FOR MEDICAL MONITORING PREDICATED ON THE FOLLOWING LEGAL THEORIES:**<br><br>**(1) NEGLIGENCE;**<br>**(2) STRICT LIABILITY - WARNING DEFECT;**<br>**(3) STRICT LIABILITY - DESIGN DEFECT;**<br>**(4) FRAUDULENT CONCEALMENT**<br><br>**AND DEMAND FOR TRIAL BY JURY MADE PURSUANT TO RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

1

**COMPLAINT FOR MEDICAL MONITORING; JURY TRIAL DEMAND**

3:26-cv-00388-VC