UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Ismael Pedro Calderon Rodriguez, et al. v. Architectural Surfaces Group, LLC, et al.*
Case No. 3:26-cv-00388-VC

<u>Attachment No. 2 to Summons</u>

Arizona Tile, L.L.C., an Arizona limited liability company
8829 South Priest Drive, Tempe, Arizona 85284

Arizona Tile, L.L.C., an Arizona limited liability company
C/O CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833

C & C North America, Inc., a Delaware corporation
355 Alhambra Circle, Suite 1000, Coral Gables, Florida 33134

C & C North America, Inc., a Delaware corporation
C/O CT Corporation System, 330 N. Brand Blvd., Suite 700, Glendale, California 91203

Caesarstone USA, Inc., a California corporation
1401 West Morehead Street, Suite 100, Charlotte, North Carolina 28208

Caesarstone USA, Inc., a California corporation
C/O CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833

Cambria Company LLC, a Minnesota limited liability company
805 Enterprise Drive East, Suite H, Belle Plaine, Minnesota 56011

Cambria Company LLC, a Minnesota limited liability company
C/O CT Corporation System, 330 N. Brand Blvd., Suite 700, Glendale, California 91203

Dal-Tile Distribution, LLC, a Delaware limited liability company
7834 C.F. Hawn Freeway, Dallas, Texas 75217

Dal-Tile Distribution, LLC, a Delaware limited liability company
C/O CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833

Case No. 3:26-cv-00388-VC

Dal-Tile, LLC, a Delaware limited liability company
160 South Industrial Blvd., Calhoun, Georgia 30701

Dal-Tile, LLC, a Delaware limited liability company
C/O Corporation Service Company
135 N. Pennsylvania St., Suite 1610,Indianapolis, Indiana 46204

Dal-Tile Tennessee, LLC, is a Delaware limited liability company
7834 C.F. Hawn Freeway
Dallas, Texas 75217

Dal-Tile Tennessee, LLC, is a Delaware limited liability company
C/O Corporation Service Company, 2908 Poston Avenue, Nashville, Tennessee 37203-1312

Dal-Tile Tennessee, LLC, is a Delaware limited liability company
C/O Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808

Elite Quartz Mfg LLC, a Delaware limited liability company
4461 Highway 301 South
Latta, South Carolina 29565

Elite Quartz Mfg LLC, a Delaware limited liability company
C/O National Registered Agents, Inc., 1209 Orange St., Wilmington, Delaware 19801

Hyundai L&C USA, Inc., a Delaware limited liability company
1760 Corporate Drive
Norcross, Georgia 30093

Hyundai L&C USA, Inc., a Delaware limited liability company
C/O The Corporation Trust Company
Corporation Trust Center, 1209 Orange St., Wilmington Delaware 19801

LX Hausys America, Inc., a New Jersey corporation
3480 Preston Ridge Road, Suite 350
Alpharetta, Georgia 30005

LX Hausys America, Inc., a New Jersey corporation
C/O Jae Sung Ko, 711 S. Van Buren St., Placentia, California 92870

LX Hausys America, Inc., a New Jersey corporation
C/O Seung Ku Lee, Chief Executive Officer
3480 Preston Ridge Road, Suite 350, Alpharetta, Georgia 30005

Case No. 3:26-cv-00388-VC

M S International, Inc., a Delaware corporation
2095 North Batavia Street, Orange, California 92865

M S International, Inc., a Delaware corporation
C/O Neha Mehta (Agent), 2095 North Batavia Street, Orange, California 92865

Paragon Industries, Inc., a California corporation
4285 North Golden State Blvd., Fresno, California 92722

Paragon Industries, Inc., a California corporation
C/O CT Corporation System, 330 N. Brand Blvd., Suite 700, Glendale, California 91203

Surface Warehouse, L.P., a Texas limited partnership
8868 Research Blvd., Suite 309, Austin, Texas 78758

Surface Warehouse, L.P., a Texas limited partnership
C/O Daniel Kim (Agent), 5141 McComber Road, Buena Park, California 90621

Case No. 3:26-cv-00388-VC